UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:09CR207(JBA) |
| | : | |
| v. | : | |
| | : | |
| DOUGLAS PERLITZ | : | August  5, 2011 |

**ORDER**

On August 5, 2011, ICE Special Agent Rod Khattabi reported to the Court the completion of his responsibilities under the Court's Restitution Order dated July 15, 2011.

Accordingly, there is no need for the Restitution Order to continue sealed, and it shall now be unsealed, except Exhibit A, listing the sixteen victims which shall remain under seal.

IT IS SO ORDERED this 5th day of August  2011, at New Haven, Connecticut.


　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　JANET BOND ARTERTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE